UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 25 Cr. 34 (KPF) |
| BRANDON JONES, | 16 Cr. 553 (KPF) |
| Defendant. | **ORDER** |

KATHERINE POLK FAILLA, District Judge:

The sentencing currently scheduled for September 23, 2025, in the two above-captioned matters is hereby ADJOURNED to **September 30, 2025**, at **3:00 p.m.** The sentencing will take place in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is directed to file this Order on the dockets of both of the above cases.

SO ORDERED.

Dated: September 18, 2025
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge