UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

BRANDON JONES,

Defendant.

25 Cr. 34 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On June 2, 2026, Mr. Jones filed a motion for compassionate release. (Dkt. #30).  In that submission, Mr. Jones also requested the appointment of counsel to assist him with his motion.  (*Id.*).  In reviewing the motion, the Court finds that Mr. Jones would benefit from the appointment of CJA counsel.  As such the Court hereby appoints Mr. Marc L. Greenwald as CJA counsel.  Mr. Greenwald should inform the Court promptly if he is conflicted.

If he is not conflicted, Mr. Greenwald is directed to confer with Mr. Jones regarding his motion as soon as possible, and to file a supplemental submission on or before **August 3, 2026**.  The Government's response shall be due on or before **September 2, 2026**.  There shall be no reply brief unless the Court requests one.

The Clerk of Court is directed to mail a copy of this endorsement to Mr. Jones at the following address:

Brandon Jones
Reg. No. 77927-054
FMC Devens
P.O. Box 879
Ayer, MA 01432

SO ORDERED.

Dated:    June 18, 2026
          New York, New York

KATHERINE POLK FAILLA
United States District Judge