quinn emanuel trial lawyers | new york
295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7223**

WRITER'S EMAIL ADDRESS
**teodorapasca@quinnemanuel.com**

September 21, 2026

**VIA ECF**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Brandon Jones*, 25 Cr. 34

Dear Judge Failla,

We write on behalf of Mr. Jones to respectfully request leave to file a short reply to the Government's Response to Mr. Jones' Motion for Compassionate Release. Dkt 37. We have not sought any prior requests of this nature. We recognize the Court's direction at Dkt. 31 that no reply shall be permitted unless the Court requests one. However, for the reasons set forth in the attached proposed reply, the Government raises a legal issue in its Response that merits a reply.

We seek to address the Government's argument regarding U.S.S.G. §1B1.13 and the decision in *United States v. Brooker*, 976 F.3d 228, 237 (2d Cir. 2020). The proposed reply clarifies that the standard for compassionate release articulated in *Brooker* continues to be applied in the Southern District of New York and, regardless, that the personal circumstances discussed in Mr. Jones' Motion are consistent with §1B1.13. Dkt. 35.

We therefore respectfully request permission to file the attached short reply brief. Thank you for your consideration.

Respectfully submitted,

*/s/ Teodora Pasca*
Teodora Pasca

Encl.

Application DENIED. The Court is familiar with the standard for compassionate release motions.

The Clerk of Court is directed to terminate the pending motion at docket entry 38.

Dated: September 22, 2026
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE